# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| NOAH PRIEST | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-3087-S-BK |
| | § | |
| WERNER ENTERPRISES INC., et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **GRANTS** Defendants Werner Enterprises, Inc., McDavid Irving-Hon LLC, and Asbury Automotive's Motions to Dismiss [ECF Nos. 8, 10] and **DENIES** Plaintiff's Motion for Leave to Amend Complaint [ECF No. 19]. By separate judgment, Plaintiff's claims against Defendants will be **DISMISSED** for failure to state a claim.

**SO ORDERED.**

SIGNED September 25, 2026.

**UNITED STATES DISTRICT JUDGE**